## McMurray's Estate.

Re-reargued Feb. 26, 1917. Appeal, No. 119, Oct. T., 1916, by Joseph McMurray, from decree of O. C. Allegheny Co., March T., 1916, No. 271, reversing decree of register of wills granting letters of administration In re Estate of William McMurray, deceased. Before BROWN,

C. J., MESTREZAT, STEWART, MOSCHZISKER and FRAZER, JJ. Reversed.

Appeal from decree of register of wills granting letters of administration.

The facts appear in McMurray's Est., 256 Pa. 233.

The Orphans' Court reversed the decree of the register of wills and directed that letters of administration be granted to Edward M. Reis. Joseph McMurray appealed.

*Error assigned* was the decree of the court.

*Charles K. Robinson,* with him *Frank H. Kennedy,* for appellant.

*John S. Robb, Jr.,* with him *John Rebman, Jr.,* for Edward M. Reis, appellee.

PER CURIAM, March 23, 1917:

After the re-reargument of this appeal, ordered upon the application of the appellee, we are still quite clear that the learned court below erred in substituting its discretion for that of the register, which had not been improperly exercised. Our decree of January. 8, 1917, (McMurray's Est., 256 Pa. 233), will, therefore, not be disturbed.